# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
BEDNAREK, THEDA L                   §        Case No. 10-29993
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit A

Page: 1

| | |
|---|---|
| Case No: 10-29993  CAS  Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BEDNAREK, THEDA L | Date Filed (f) or Converted (c): 07/02/10 (f) |
| | 341(a) Meeting Date: 08/05/10 |
| For Period Ending: 05/13/15 | Claims Bar Date: 03/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SECURITY DEPOSITS | 1,350.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. 2009 TAX REFUND | 1,900.00 | 0.00 | | 0.00 | FA |
| 5. 2008 TOYOTA PRIUS | 13,000.00 | 11,000.00 | | 11,000.00 | FA |
| Exemption disallowed per order 12/10/10; Trustee settled with debtor (per order 8/19/11) for $11,000 on account of Debtor's equity in automobile | | | | | |
| 6. ANIMALS | 200.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.17 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $18,950.00 | $11,000.00 | | $11,000.17 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected $11,000 over 44 months for vehicle; Trustee reviewed claims and prepared TFR

Initial Projected Date of Final Report (TFR): 12/30/11     Current Projected Date of Final Report (TFR): 12/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-29993 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BEDNAREK, THEDA L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1285 Checking - Non Interest |
| Taxpayer ID No: | *******5298 | | | |
| For Period Ending: | 05/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,237.21 | | 3,237.21 |
| 09/25/12 | 5 | Theda Bednarej P.O. Box 964 Lombard IL 60148 | partial settlement | 1129-000 | 250.00 | | 3,487.21 |
| 11/29/12 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 3,737.21 |
| 12/15/12 | 5 | Theda Bednarek | Debtor's equity in vehicle Deposited in bank 11/5/12, posted to ledger 12/15/12 | 1129-000 | 250.00 | | 3,987.21 |
| 01/13/13 | 5 | Theda Bednarek | Debtor's equity iehicle (12/26dep) Deposited in bank 12/26/12, posted to ledger 1/13/13 | 1129-000 | 250.00 | | 4,237.21 |
| 02/06/13 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 4,487.21 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 4.02 | 4,483.19 |
| 02/22/13 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 4,733.19 |
| 03/23/13 | 5 | Theda Bednarek | DEBTOR'S EQUITY IN VEHICLE | 1129-000 | 250.00 | | 4,983.19 |
| 04/26/13 | 5 | Theda Bednarek | DEBTORS EQUITY IN VEHICLE | 1129-000 | 250.00 | | 5,233.19 |
| 06/01/13 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 5,483.19 |
| 07/11/13 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 5,733.19 |
| 08/22/13 | 5 | Theda Bednarek | debtors equity vehicle (6/28 dep) | 1129-000 | 250.00 | | 5,983.19 |
| 08/27/13 | 5 | Theda Bednarek | debtors interest in vehicle | 1129-000 | 250.00 | | 6,233.19 |
| 09/25/13 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 6,483.19 |
| 10/23/13 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 6,733.19 |
| 11/25/13 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 6,983.19 |
| 12/23/13 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 7,233.19 |
| 01/23/14 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 7,483.19 |
| 02/15/14 | 010002 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 7.11 | 7,476.08 |
| 03/19/14 | 5 | Theda Bednarek | debtor's equity in vehicle deposit dated 2/21/14 | 1129-000 | 250.00 | | 7,726.08 |

Page Subtotals 7,737.21 11.13

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-29993 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BEDNAREK, THEDA L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1285 Checking - Non Interest |
| Taxpayer ID No: | *******5298 | | |
| For Period Ending: | 05/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 7,976.08 |
| 05/02/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 8,226.08 |
| 06/20/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 8,476.08 |
| 07/02/14 | 5 | Theda Bednarek | DEBTORS EQUITY IN VEHICLE | 1129-000 | 250.00 | | 8,726.08 |
| 07/25/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 8,976.08 |
| 08/25/14 | 5 | Theda Bednarek | debtors interest in vehicle | 1129-000 | 250.00 | | 9,226.08 |
| 09/26/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 9,476.08 |
| 10/21/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 9,726.08 |
| 12/03/14 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 9,976.08 |
| 12/29/14 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 10,226.08 |
| 01/23/15 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 10,476.08 |
| 02/19/15 | 010003 | Arthur B. Levine Company | bond premium | 2300-000 | | 7.48 | 10,468.60 |
| 03/06/15 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 10,718.60 |
| 03/26/15 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 10,968.60 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,987.21 | 18.61 | 10,968.60 |
| Less: Bank Transfers/CD's | 3,237.21 | 0.00 | |
| Subtotal | 7,750.00 | 18.61 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,750.00 | 18.61 | |

Page Subtotals    3,250.00    7.48

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-29993 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BEDNAREK, THEDA L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5990 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5298 | | | |
| For Period Ending: | 05/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | 5 | Theda Bedmarek P.O. Box 964 Lombard IL 60148 | debtrors equity in vehicle | 1129-000 | 250.00 | | 250.00 |
| 09/28/11 | 5 | Theda Bednarek P.O. Box 964 Lombard IL 60148 | debtors equity in vehicle | 1129-000 | 250.00 | | 500.00 |
| 10/19/11 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 750.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.70 | 749.30 |
| 11/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 749.31 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.92 | 748.39 |
| 12/01/11 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 998.39 |
| 12/23/11 | 5 | Theda Bednarek P.O. Box 964 Lombard IL 60148 | debtors equity in vehicle | 1129-000 | 250.00 | | 1,248.39 |
| 12/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,248.40 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.19 | 1,247.21 |
| 01/31/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,247.22 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.64 | 1,245.58 |
| 02/17/12 | 5 | Theda Bednarek P.O. Box 964 Lombard IL 60148 | debtor's equity in vehicle | 1129-000 | 250.00 | | 1,495.58 |
| 02/29/12 | 5 | Theda Bednarek P.O. Box 964 Lombard IL 60148 | debtor's equity in vehicle | 1129-000 | 250.00 | | 1,745.58 |
| 02/29/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,745.59 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 2.31 | 1,743.28 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.55 | 1,741.73 |
| 03/26/12 | 5 | Theda Bednarek | debtor's equity in vehicle | 1129-000 | 250.00 | | 1,991.73 |

Page Subtotals      2,000.04      8.31

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 10-29993 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BEDNAREK, THEDA L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5990 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5298 | | | |
| For Period Ending: | 05/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,991.74 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.12 | 1,989.62 |
| 04/30/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,989.64 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.53 | 1,987.11 |
| 05/04/12 | 5 | Theda Bednarek | debtors equity in vehicle | 1129-000 | 250.00 | | 2,237.11 |
| 05/29/12 | 5 | Theda Bednarek P.O. Box 964 Lombard IL 60148 | debtors equity in vehicle | 1129-000 | 250.00 | | 2,487.11 |
| 05/31/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,487.13 |
| 06/25/12 | 5 | Theda Bednarek P.O. Box 94 Wayne IL 60184 | debtors equity in vehicle | 1129-000 | 250.00 | | 2,737.13 |
| * 06/25/12 | 000102 | Theda Bednarek P.O. Box 94 Wayne IL 60184 | debtors equity in vehilce | 1129-003 | | 250.00 | 2,487.13 |
| * 06/25/12 | 000102 | Theda Bednarek P.O. Box 94 Wayne IL 60184 | debtors equity in vehilce | 1129-003 | | -250.00 | 2,737.13 |
| 06/29/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,737.15 |
| 07/26/12 | 5 | Theda Bednarek P.O. box 964 Lombard IL 60148 | debtors equity in vehicle | 1129-000 | 250.00 | | 2,987.15 |
| 07/31/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,987.17 |
| 08/23/12 | 5 | Theda Bednarek P.O. Box 964 Lombard IL 60148 | debtor's equity in property | 1129-000 | 250.00 | | 3,237.17 |
| 08/31/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,237.20 |
| 09/14/12 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,237.21 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,237.21 | 0.00 |

Page Subtotals 1,250.13 3,241.86

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.04c

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-29993 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BEDNAREK, THEDA L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5990  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5298 | | | |
| For Period Ending: | 05/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 3,250.17 | 3,250.17 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,237.21 | |
| | | | Subtotal | | 3,250.17 | 12.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,250.17 | 12.96 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********1285 | 7,750.00 | 18.61 | 10,968.60 |
| Money Market - Interest Bearing - ********5990 | 3,250.17 | 12.96 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 11,000.17 | 31.57 | 10,968.60 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 18.04c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 13, 2015 |
|---|---|---|---|---|---|---|

Case Number: 10-29993  
Debtor Name: BEDNAREK, THEDA L  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BRENDA PORTER HELMS, TRUSTEE | Administrative | | $1,850.02 | $0.00 | $1,850.02 |
| 001<br>3210-00 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $4,200.00 | $0.00 | $4,200.00 |
| 001<br>3220-00 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $72.66 | $0.00 | $72.66 |
| BOND<br>999<br>2300-00 | Intrenational Sureties Ltd. | Administrative | 4437475990  02/29/12  101      2.31<br>2223271285  02/15/13  10001   4.02<br>2223271285  02/15/14  10002   7.11<br>2223271285  02/19/15  10003   7.48 | $20.92 | $20.92 | $0.00 |
| | Subtotal for Class Administrative | | | $6,143.60 | $20.92 | $6,122.68 |
| 1<br>070<br>7100-00 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Unsecured | | $3,506.67 | $0.00 | $3,506.67 |
| 2<br>070<br>7100-00 | Chase Bank USA<br>P.Ol Box 15145<br>Wilmington DE 19850 | Unsecured | | $20,699.92 | $0.00 | $20,699.92 |
| 3<br>070<br>7100-00 | Wheaton Eye Clinic<br>2015 N. Main St<br>Wheaton IL 60187 | Unsecured | | $25.00 | $0.00 | $25.00 |
| 4<br>070<br>7100-00 | Illinios American Water<br>P.O. Box 578<br>Alton IL 62002 | Unsecured | | $83.22 | $0.00 | $83.22 |
| 5<br>070<br>7100-00 | MDC Environmental Services<br>P.O. Box 673043<br>Milwaukee WI 53267 | Unsecured | | $23.65 | $0.00 | $23.65 |
| 6<br>080<br>7200-00 | EMCC Inc.<br>c/o B-Line LLC<br>MS 550<br>P.O. Box 91121<br>Seattle WA 98111 | Unsecured | | $1,695.06 | $0.00 | $1,695.06 |
| | Subtotal for Class Unsecured | | | $26,033.52 | $0.00 | $26,033.52 |
| | Case Totals: | | | $32,177.12 | $20.92 | $32,156.20 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-29993
Case Name: BEDNAREK, THEDA L
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

　　　　　Balance on hand　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Springer Brown, LLC | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |
| Other: Springer Brown, LLC | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　　　$_____
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA | $ | $ | $ |
| 2 | Chase Bank USA | $ | $ | $ |
| 3 | Wheaton Eye Clinic | $ | $ | $ |
| 4 | Illinios American Water | $ | $ | $ |
| 5 | MDC Environmental Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | EMCC Inc. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

  Remaining Balance                   $_____

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE