# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BEDNAREK, THEDA L | § | Case No. 10-29993 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK  OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/05/2015 in Courtroom 240,

Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____
                                             CLERK OF U.S. BANKRUPTCY
                                             COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BEDNAREK, THEDA L | § | Case No. 10-29993 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,000.17 |
| and approved disbursements of | $ | 31.57 |
| leaving a balance on hand of[1] | $ | 10,968.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $      1,850.02 | $      0.00 | $      1,850.02 |
| Attorney for Trustee Fees: Springer Brown, LLC | $      4,200.00 | $      0.00 | $      4,200.00 |
| Other: Intrenational Sureties Ltd. | $      20.92 | $      20.92 | $      0.00 |
| Other: Springer Brown, LLC | $      72.66 | $      0.00 | $      72.66 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,122.68 |
| Remaining Balance | $ | 4,845.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,338.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA | $ 3,506.67 | $ 0.00 | $ 698.20 |
| 2 | Chase Bank USA | $ 20,699.92 | $ 0.00 | $ 4,121.47 |
| 3 | Wheaton Eye Clinic | $ 25.00 | $ 0.00 | $ 4.98 |
| 4 | Illinios American Water | $ 83.22 | $ 0.00 | $ 16.57 |
| 5 | MDC Environmental Services | $ 23.65 | $ 0.00 | $ 4.70 |

Total to be paid to timely general unsecured creditors          $          4,845.92

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,695.06  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 6 | EMCC Inc. | $      1,695.06 | $        0.00 | $        0.00 |

Total to be paid to tardy general unsecured creditors            $_____0.00

Remaining Balance            $_____0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-29993-DRC
Theda L Bednarek                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dwilliams          Page 1 of 2          Date Rcvd: May 15, 2015
                            Form ID: pdf006           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2015.
db              Theda L Bednarek,   455 W. 22nd St,   Lombard, IL  60148
15806756       +Arnoldharris/Med Business Bureau,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
15806757       +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
15806791      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
15806759       +Central DuPage Hospital,   25 N. Winfield Rd.,   Winfield, IL 60190-1295
15806760       +Chase,   201 N. Walnut St//Del-1027,   Wilmington, DE 19801-2920
15806762       +Chase,   Attn: Bankruptcy Dept,   Po Box 5145,   Wilmington, DE 19850-5145
15806761       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16649547        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15806763       +Chase Manhattan Mtge,   3415 Vision Dr,   Columbus, OH 43219-6009
15806764       +Chase-pier1,   Attn: Recovery,   Po Box 15298,   Wilmington, DE 19850-5298
15806765       +Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
15806767      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Direct TV,   Po Box 9001069,   Louisville, KY 40290-1069)
15806766       +Daniel Robert Wyma MD,   1761 Naperville Rd.,   Wheaton, IL 60189-5846
15806768       +Donna Becht,   1 Kimberly Ct.,   Oakbrook, IL 60523-1769
15806770      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Corporation,   National Bankruptcy Center,
                Po Box 6275,   Dearborn, MI 48121)
15806769       +First USA Bank - Chase,   Attention: Customer Service,   Po Box 94014,
                Palatine, IL 60094-4014
15806773       +Gtwy/cbusa,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15806775       +Hsbc/carsn,   Pob 15521,   Wilmington, DE 19850-5521
15806776       +Hsbc/tax,   90 Christiana Road,   New Castle, DE 19720-3118
15806777       +Illinois Collection Se,   Po Box 1010,   Tinley Park, IL 60477-9110
15806779       +Ladone Family Dental Center,   2009 Warrenville Rd.,   Lisle, IL 60532-1295
15806780       +Lisa Kobelinski,   1069 N. Shore Dr.,   Crystal Lake, IL 60014-5245
15806781       +Loyola University Medical,   2160 S. 1st Avenue,   Maywood, IL 60153-3328
15806782       +MDC Environmental Services,   P.O. Box 673043,   Milwaukee, WI 53267-0001
15806783        Mid Amer Fsl,   55th And Holmes,   Clarendon Hill, IL 60514
15806785       +Peoples Bk Credit Card Services,   Attn: Bankruptcy,   Po Box 7092 Rccb 0680,
                Bridgeport, CT 06601-7092
15806786       +Prin Res Mtg,   Attn: Bankruptcy,   4303 Fleur Drive,   Des Moines, IA 50321-2327
15806787       +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
15806788       +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15806789       +Summit Clinical Services,   1761 Naperville Rd,   Wheaton, IL 60189-5846
15806790       +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
15806792       +Wfnnb/chadwk,   Attn: Bankruptcy,   Po Box 182124,   Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15806755       +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM May 16 2015 00:28:36     American Water,
                Attn: Collections,   P.O. Box 578,   Alton, IL 62002-0578
15806758       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2015 00:29:51     Capital One, N.a.,
                C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
17332604        E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2015 00:30:02     EMCC Inc,
                c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
15806771       +E-mail/PDF: gecsedi@recoverycorp.com May 16 2015 00:30:00     Gemb/jcp,
                Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
15806772       +E-mail/PDF: gecsedi@recoverycorp.com May 16 2015 00:29:27     Gemb/l & T,   Po Box 981432,
                El Paso, TX 79998-1432
15806774       +E-mail/Text: bankruptcy@hraccounts.com May 16 2015 00:26:36     H & R Accounts Inc,
                Po Box 672,   Moline, IL 61266-0672
16656947       +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM May 16 2015 00:28:36
                Illinois American Water,   P.O. Box 578,   Alton, IL 62002-0578
15806778       +E-mail/Text: bnckohlsnotices@becket-lee.com May 16 2015 00:26:37     Kohls/chase,   Po Box 3115,
                Milwaukee, WI 53201-3115
15806784       +E-mail/Text: bankrup@aglresources.com May 16 2015 00:26:13     Nicor Gas,
                Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
15806793       +E-mail/Text: swakefield@wheatoneye.com May 16 2015 00:27:11     Wheaton Eye Clinic,
                2015 N. Main St.,   Wheaton, IL 60187-3190
                                                                                     TOTAL: 10

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1              User: dwilliams           Page 2 of 2            Date Rcvd: May 15, 2015
                                 Form ID: pdf006           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2015                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2015 at the address(es) listed below:
          Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          David  Brown, ESQ   on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Nicole K Fishkin   on behalf of Trustee Brenda Porter Helms, ESQ nfishkin@otrlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard H. Balog   on behalf of Debtor Theda L Bednarek phobia@inil.com
                                                                              TOTAL: 5
```