# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THEDA L BEDNAREK | § | Case No. 10-29993 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 5,950.00 |
| Total Distributions to Claimants: 4,845.92 | Claims Discharged Without Payment: 41,774.60 |
| Total Expenses of Administration: 6,154.25 | |

3) Total gross receipts of $ 11,000.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,000.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,154.25 | 6,154.25 | 6,154.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,029.06 | 26,033.52 | 26,033.52 | 4,845.92 |
| **TOTAL DISBURSEMENTS** | $ 45,029.06 | $ 32,187.77 | $ 32,187.77 | $ 11,000.17 |

 4) This case was originally filed under chapter 7 on 07/02/2010 . The case was pending for 62 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: __08/09/2015__  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 TOYOTA PRIUS | 1129-000 | 11,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$11,000.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| THE HELMS LAW FIRM, P.C. | 2100-000 | NA | 1,850.02 | 1,850.02 | 1,850.02 |
| BRENDA PORTER HELMS | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| INTRENATIONAL SURETIES LTD. | 2300-000 | NA | 20.92 | 20.92 | 20.92 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 10.65 | 10.65 | 10.65 |
| SPRINGER BROWN LLC | 3210-000 | NA | 4,200.00 | 4,200.00 | 4,200.00 |
| SPRINGER BROWN LLC | 3220-000 | NA | 72.66 | 72.66 | 72.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,154.25 | $ 6,154.25 | $ 6,154.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Harris/Med. Business Bureau | | 89.00 | NA | NA | 0.00 |
| | Arnold Harris/Med. Business Bureau | | 672.00 | NA | NA | 0.00 |
| | Arnold Harris/Med. Business Bureau | | 192.00 | NA | NA | 0.00 |
| | BAC Home Loans Service | | 0.00 | NA | NA | 0.00 |
| | Capital One | | 0.00 | NA | NA | 0.00 |
| | Central DuPage Hospital | | 550.00 | NA | NA | 0.00 |
| | Chase | | 0.00 | NA | NA | 0.00 |
| | Chase Home Mortgage | | 0.00 | NA | NA | 0.00 |
| | Chase-Pier One | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage | | 0.00 | NA | NA | 0.00 |
| | Daniel Robert Wyma MD | | 1,000.00 | NA | NA | 0.00 |
| | Directv | | 640.00 | NA | NA | 0.00 |
| | Donna Becht | | 3,500.00 | NA | NA | 0.00 |
| | First USA Bank-Chase | | 0.00 | NA | NA | 0.00 |
| | FMCC | | 0.00 | NA | NA | 0.00 |
| | GEMB/JCP | | 0.00 | NA | NA | 0.00 |
| | GEMB/L&T | | 0.00 | NA | NA | 0.00 |
| | GTWY/CBUSA | | 0.00 | NA | NA | 0.00 |
| | H&R Accounts | | 50.00 | NA | NA | 0.00 |
| | H&R Accounts | | 550.00 | NA | NA | 0.00 |
| | HSBC/Tax | | 1,477.00 | NA | NA | 0.00 |
| | IL Collection Service-for Loyola | | 90.00 | NA | NA | 0.00 |
| | Kohls/Chase | | 0.00 | NA | NA | 0.00 |
| | Ladone Family Dental Center | | 2,059.00 | NA | NA | 0.00 |
| | Lisa Kobelinski | | 9,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola Medical Center | | 350.00 | NA | NA | 0.00 |
| | Mid American Finance | | 0.00 | NA | NA | 0.00 |
| | Nicor | | 168.00 | NA | NA | 0.00 |
| | Peoples Bank Credit Card | | 0.00 | NA | NA | 0.00 |
| | Principal Residential Mortgage | | 0.00 | NA | NA | 0.00 |
| | RNB Fields | | 0.00 | NA | NA | 0.00 |
| | Sears/CBSD | | 0.00 | NA | NA | 0.00 |
| | Target | | 0.00 | NA | NA | 0.00 |
| | UNVL/Citi | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Chadwick | | 0.00 | NA | NA | 0.00 |
| 1 | CHASE BANK USA | 7100-000 | 3,506.00 | 3,506.67 | 3,506.67 | 698.20 |
| 2 | CHASE BANK USA | 7100-000 | 20,699.00 | 20,699.92 | 20,699.92 | 4,121.47 |
| 5 | MDC ENVIRONMENTAL SERVICES | 7100-000 | 52.06 | 23.65 | 23.65 | 0.00 |
| 4 | WATER ILLINIOS AMERICAN | 7100-000 | 160.00 | 83.22 | 83.22 | 16.57 |
| 3 | WHEATON EYE CLINIC | 7100-000 | 25.00 | 25.00 | 25.00 | 4.98 |

Case 10-29993    Doc 76    Filed 09/15/15    Entered 09/15/15 14:19:08    Desc Main
              Document      Page 8 of 16

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | EMCC INC. | 7200-000 | NA | 1,695.06 | 1,695.06 | 4.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,029.06 | $ 26,033.52 | $ 26,033.52 | $ 4,845.92 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-29993 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | THEDA L BEDNAREK | | | | Date Filed (f) or Converted (c): | 07/02/2010 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2010 |
| For Period Ending: | 08/09/2015 | | | | Claims Bar Date: | 03/25/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SECURITY DEPOSITS | 1,350.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. 2009 TAX REFUND | 1,900.00 | 0.00 | | 0.00 | FA |
| 5. 2008 TOYOTA PRIUS  Exemption disallowed per order 12/10/10; Trustee settled with debtor (per order 8/19/11) for $11,000 on account of Debtor's equity in automobile | 13,000.00 | 11,000.00 | | 11,000.00 | FA |
| 6. ANIMALS | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $18,950.00        $11,000.00                $11,000.17        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected $11,000 over 44 months for vehicle; Trustee reviewed claims and prepared TFR

Initial Projected Date of Final Report (TFR): 12/30/2011        Current Projected Date of Final Report (TFR): 12/30/2015

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-29993
Case Name: THEDA L BEDNAREK
Taxpayer ID No: XX-XXX5298
For Period Ending: 08/09/2015

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1285
Checking - Non Interest
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $3,237.21 | | $3,237.21 |
| 09/25/12 | 5 | BEDNAREK, THEDA P.O. Box 964 Lombard IL 60148 | partial settlement | 1129-000 | $250.00 | | $3,487.21 |
| 11/29/12 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $3,737.21 |
| 12/15/12 | 5 | BEDNAREK, THEDA | Debtor's equity in vehicle Deposited in bank 11/5/12, posted to ledger 12/15/12 | 1129-000 | $250.00 | | $3,987.21 |
| 01/13/13 | 5 | BEDNAREK, THEDA | Debtor's equity iehicle (12/26dep) Deposited in bank 12/26/12, posted to ledger 1/13/13 | 1129-000 | $250.00 | | $4,237.21 |
| 02/06/13 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $4,487.21 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $4.02 | $4,483.19 |
| 02/22/13 | 5 | BENDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $4,733.19 |
| 03/23/13 | 5 | BEDNAREK, THEDA | DEBTOR'S EQUITY IN VEHICLE | 1129-000 | $250.00 | | $4,983.19 |
| 04/26/13 | 5 | BEDNAREK, THEDA | DEBTORS EQUITY IN VEHICLE | 1129-000 | $250.00 | | $5,233.19 |
| 06/01/13 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $5,483.19 |
| 07/11/13 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $5,733.19 |
| 08/22/13 | 5 | BEDNAREK, THEDA | debtors equity vehicle (6/28 dep) | 1129-000 | $250.00 | | $5,983.19 |
| 08/27/13 | 5 | BEDNAREK, THEDA | debtors interest in vehicle | 1129-000 | $250.00 | | $6,233.19 |
| 09/25/13 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $6,483.19 |
| 10/23/13 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $6,733.19 |

Page Subtotals: $6,737.21  $4.02

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-29993 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: THEDA L BEDNAREK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1285 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX5298 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/13 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $6,983.19 |
| 12/23/13 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $7,233.19 |
| 01/23/14 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $7,483.19 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $7.11 | $7,476.08 |
| 03/19/14 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle deposit dated 2/21/14 | 1129-000 | $250.00 | | $7,726.08 |
| 03/21/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $7,976.08 |
| 05/02/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $8,226.08 |
| 06/20/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $8,476.08 |
| 07/02/14 | 5 | BEDNAREK, THEDA | DEBTORS EQUITY IN VEHICLE | 1129-000 | $250.00 | | $8,726.08 |
| 07/25/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $8,976.08 |
| 08/25/14 | 5 | BEDNAREK, THEDA | debtors interrest in vehicle | 1129-000 | $250.00 | | $9,226.08 |
| 09/26/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $9,476.08 |
| 10/21/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $9,726.08 |
| 12/03/14 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $9,976.08 |
| 12/29/14 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $10,226.08 |
| 01/23/15 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $10,476.08 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $7.48 | $10,468.60 |

Page Subtotals: $3,750.00  $14.59

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-29993 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: THEDA L BEDNAREK | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1285 |
| | | Checking - Non Interest |
| Taxpayer ID No: XX-XXX5298 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $10,718.60 |
| 03/26/15 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $10,968.60 |
| 06/05/15 | 10004 | THE HELMS LAW FIRM, P.C. | TRUSTEE FEE | 2100-000 | | $1,850.02 | $9,118.58 |
| 06/05/15 | 10005 | SPRINGER BROWN, LLC<br>400 South County Farm RoadSuite 330Wheaton, IL 60187 | ATTORNEY FEES | 3210-000 | | $4,200.00 | $4,918.58 |
| 06/05/15 | 10006 | SPRINGER BROWN, LLC<br>400 South County Farm RoadSuite 330Wheaton, IL 60187 | attorney expenses | 3220-000 | | $72.66 | $4,845.92 |
| 06/05/15 | 10007 | CHASE BANK USA<br>P.O. Box 15145Wilmington DE 19850 | Final Distribution | 7100-000 | | $698.20 | $4,147.72 |
| 06/05/15 | 10008 | CHASE BANK USA<br>P.Ol Box 15145Wilmington DE 19850 | Final Distribution | 7100-000 | | $4,121.47 | $26.25 |
| 06/05/15 | 10009 | WHEATON EYE CLINIC<br>2015 N. Main StWheaton IL 60187 | Final Distribution | 7100-000 | | $4.98 | $21.27 |
| 06/05/15 | 10010 | WATER, ILLINIOS AMERICAN<br>P.O. Box 578Alton IL 62002 | Final Distribution | 7100-000 | | $16.57 | $4.70 |
| 06/05/15 | 10011 | EMCC INC.<br>c/o B-Line LLCMS 550P.O. Box 91121Seattle WA 98111 | Final Distribution | 7200-000 | | $4.70 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,987.21 | $10,987.21 |
| Less: Bank Transfers/CD's | $3,237.21 | $0.00 |
| Subtotal | $7,750.00 | $10,987.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,750.00 | $10,987.21 |

Page Subtotals: $500.00 $10,968.60

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-29993 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: THEDA L BEDNAREK | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5990 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX5298 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/11 | 5 | BEDMAREK, THEDA P.O. Box 964 Lombard IL 60148 | debtrors equity in vehicle | 1129-000 | $250.00 | | $250.00 |
| 09/28/11 | 5 | BEDNAREK, THEDA P.O. Box 964 Lombard IL 60148 | debtors equity in vehicle | 1129-000 | $250.00 | | $500.00 |
| 10/19/11 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $750.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.70 | $749.30 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $749.31 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.92 | $748.39 |
| 12/01/11 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $998.39 |
| 12/23/11 | 5 | BEDNAREK, THEDA P.O. Box 964 Lombard IL 60148 | debtors equity in vehicle | 1129-000 | $250.00 | | $1,248.39 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,248.40 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.19 | $1,247.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,247.22 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.64 | $1,245.58 |
| 02/17/12 | 5 | BEDNAREK, THEDA P.O. Box 964 Lombard IL 60148 | debtor's equity in vehicle | 1129-000 | $250.00 | | $1,495.58 |
| 02/29/12 | 5 | BEDNAREK, THEDA P.O. Box 964 Lombard IL 60148 | debtor's equity in vehicle | 1129-000 | $250.00 | | $1,745.58 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,745.59 |
| 02/29/12 | 101 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $2.31 | $1,743.28 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.55 | $1,741.73 |

Page Subtotals: $1,750.04 $8.31

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-29993 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: THEDA L BEDNAREK | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5990 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX5298 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/12 | 5 | BEDNAREK, THEDA | debtor's equity in vehicle | 1129-000 | $250.00 | | $1,991.73 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,991.74 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.12 | $1,989.62 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $1,989.64 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.53 | $1,987.11 |
| 05/04/12 | 5 | BEDNAREK, THEDA | debtors equity in vehicle | 1129-000 | $250.00 | | $2,237.11 |
| 05/29/12 | 5 | BEDNAREK, THEDA P.O. Box 964Lombard IL 60148 | debtors equity in vehicle | 1129-000 | $250.00 | | $2,487.11 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,487.13 |
| 06/25/12 | | Reverses Check # 102 | debtors equity in vehilce | 1129-000 | $250.00 | | $2,737.13 |
| 06/25/12 | 5 | BEDNAREK, THEDA P.O. Box 94Wayne IL 60184 | debtors equity in vehicle | 1129-000 | $250.00 | | $2,987.13 |
| 06/25/12 | 102 | BEDNAREK, THEDA P.O. Box 94Wayne IL 60184 | debtors equity in vehilce | 1129-000 | ($250.00) | | $2,737.13 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,737.15 |
| 07/26/12 | 5 | BEDNAREK, THEDA P.O. box 964Lombard IL 60148 | debtors equity in vehicle | 1129-000 | $250.00 | | $2,987.15 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,987.17 |
| 08/23/12 | 5 | BEDNAREK, THEDA P.O. Box 964Lombard IL 60148 | debtor's equity in property | 1129-000 | $250.00 | | $3,237.17 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,237.20 |
| 09/14/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.01 | | $3,237.21 |

Page Subtotals: $1,500.13 $4.65

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-29993 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: THEDA L BEDNAREK | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5990 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX5298 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $3,237.21 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,250.17 | $3,250.17 |
| Less: Bank Transfers/CD's | $0.00 | $3,237.21 |
| Subtotal | $3,250.17 | $12.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,250.17 | $12.96 |

Page Subtotals: $0.00   $3,237.21

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1285 - Checking - Non Interest | $7,750.00 | $10,987.21 | $0.00 |
| XXXXXX5990 - Money Market - Interest Bearing | $3,250.17 | $12.96 | $0.00 |
|  | $11,000.17 | $11,000.17 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,000.17 |
| Total Gross Receipts: | $11,000.17 |